IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 6:17-MJ-6021 |
| | ) | |
| JAMES MEEKS | ) | |

## ORDER

**BEFORE** the Court is the Motion for Detention of the United States of America requesting detention of the Defendant pending the trial of this matter. The Court having reviewed the Motion finds that no condition or combination of conditions of release pending trial will reasonably assure the appearance of the Defendant as required or reasonably assure the safety of the community or any other person.

**IT IS THEREFORE ORDERED** that the Defendant, _____, is detained pending the trial of this matter.

**SIGNED** this 10th day of October, 2017.

_____
BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

3